# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| SAMUEL BIGLEY, | |
| Plaintiff, | Case No: 6:18-cv-00303-JDK |
| v. | Honorable Judge Jeremy D. Kernodle |
| NAVIENT SOLUTIONS, LLC, | |
| Defendant. | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, SAMUEL BIGLEY and the Defendant NAVIENT SOLUTIONS, LLC, through their respective counsel that the above-captioned action is dismissed, with prejudice as to Defendant NAVIENT SOLUTIONS, LLC, pursuant to Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorney fees.

Dated: May 1, 2019

SAMUEL BIGLEY

*/s/ Mohammed O. Badwan*
Mohammed O. Badwan
*Counsel for Plaintiff*
Sulaiman Law Group, LTD.
2500 S. Highland Ave., Ste. 200
Lombard, Illinois 60148
Phone: (630) 575-8181
mbadwan@sulaimanlaw.com

Respectfully Submitted,

NAVIENT SOLUTIONS, LLC

*/s/ Adam C. Ragan (with consent)*
Adam C. Ragan
*Counsel for Defendant*
Hunton Andrews Kurth LLP
1445 Ross Ave., Suite 3700
Dallas, Texas 75202
Phone: (214) 468-3322
aragan@huntonAK.com