# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| SAMUEL BIGLEY, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Case No. 6:18-CV-303-JDK |
| NAVIENT SOLUTIONS, LLC, | § § § | |
| Defendant. | § | |

## FINAL JUDGMENT

The Court having considered the case and rendered its decision by opinion issued on May 2, 2019, it is hereby:

**ORDERED** that the above-entitled and numbered cause of action is **DISMISSED WITH PREJUDICE**. The Clerk is directed to **CLOSE** the above-captioned case.

So **ORDERED** and **SIGNED** this **2nd** day of **May, 2019.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE